No. 381. BOARD OF LIQUIDATION, CITY DEBT OF NEW ORLEANS, ET AL. *v.* BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question which the appellants are entitled to raise. (1) *Oshkosh Waterworks Co.* v. *Oshkosh,* 187 U. S. 437, 439; *Von Hoffman* v. *Quincy,* 4 Wall. 535, 553–554; *South Carolina* v. *Gaillard,* 101 U. S. 433, 437–438; *Hill* v. *Merchants' Ins. Co.,* 134 U. S. 515, 527; *Sturges* v. *Crowninshield,* 4 Wheat. 122, 200. (2) *Columbus & Greenville Ry.* v. *Miller,* 283 U. S. 96, 99–100; *Hooker* v. *Burr,* 194 U. S. 415, 418–419; *Williams* v. *Eggleston,* 170 U. S. 304, 309. *Messrs. Francis P. Burns, Bertrand I. Cahn, James C. Henriques,* and *Henry B. Curtis* for appellants. *Messrs. Huey P. Long* and *James Wilkinson* for appellees.